1158

No. 95–831.  CANAVERAL PORT AUTHORITY ET AL. *v.* INTER-
NATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.  C. A.
D. C. Cir.  Certiorari denied.

No. 95–841.  AKINS ET AL. *v.* ZENECA, INC., ET AL.  C. A. 6th
Cir.  Certiorari denied.

No. 95–848.  WRIGHT ET VIR *v.* METROHEALTH MEDICAL
CENTER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–857.  HERNANDEZ *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 95–875.  COUNTS *v.* BROWN, SECRETARY OF VETERANS
AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 95–880.  TATUM ET AL. *v.* COLUMBIA NATURAL RE-
SOURCES, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95–924.  PATTERSON ET AL. *v.* NATIONSBANK OF TEXAS,
N. A., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 95–964.  POLK COUNTY, IOWA, ET AL. *v.* BROWN.  C. A. 8th
Cir.  Certiorari denied.

No. 95–995.  MURPHEY FAVRE, INC., ET AL. *v.* LYNN ET AL.
Sup. Ct. Mont.  Certiorari denied.

No. 95–1051.  LIFE CARE CENTERS OF AMERICA, INC., ET AL.
*v.* EAST HAMPDEN ASSOCIATES LIMITED PARTNERSHIP ET AL.
Ct. App. Colo.  Certiorari denied.

No. 95–1054.  K. W. THOMPSON TOOL CO., DBA THOMPSON
CENTER ARMS *v.* PUMPHREY, INDIVIDUALLY AND GUARDIAN
AD LITEM FOR SPARKS ET AL.  C. A. 9th Cir.  Certiorari de-
nied.

No. 95–1062.  BLAKENEY ET AL. *v.* LOMAS INFORMATION SYS-
TEMS, INC.  C. A. 5th Cir.  Certiorari denied.